UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 6:16-cr-091J01 |
| VERSUS | JUDGE MINALDI |
| JONATHAN WILLIAM GLOSCH | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol Whitehurst for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the Magistrate Judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Jonathan William Glosch, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Jonathan William Glosch is finally adjudged guilty of the offense charged in Count One of the Indictment.

Lake Charles, Louisiana, on this 2 day of August, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE